March 02, 2007

Mr. Adam Poncio
Law Offices of Cerda & Poncio, P.C.
5410 Fredericksburg Rd., Suite 310
San Antonio, TX 78229
Mr. Tony Loren Draper
McClIn, Maney & Patchin, P.C.
South Tower Pennzoil Place
711 Louisiana St Ste 3100
Houston, TX 77002

RE: Case Number: 06-0607
 Court of Appeals Number: 13-02-00424-CV
 Trial Court Number: 424-00-A

Style: CANDELARIO ONTIVEROS, MELISSA ONTIVEROS, AND MED CARE EMERGENCY
 MEDICAL SERVICES, INC.
 v.
 JUAN FLORES, AS THE REPRESENTATIVE OF THE ESTATE OF ROBERTO FLORES,
 DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |